## THE STATE v. KINNEY.

1. **Criminal Law:** APPEAL: EFFECT OF REVERSAL. If the State appeal in a criminal case, the Supreme Court cannot reverse the judgment of the court below so that another trial may be had, but it may point out any errors in the proceedings or the measure of punishment. The effect of the decision is nothing more than an authoritative exposition of the law to be followed afterwards by the inferior courts.

*Appeal from Montgomery District Court.*

FRIDAY, OCTOBER 20.

THE defendant was convicted on an information before a justice of the peace, charging the offense of assault and battery. Upon an appeal taken by defendant, the District Court dismissed the cause for want of jurisdiction in the justice of the peace trying it. The State appealed from this decision of the District Court, which was reversed in this court. See 41 Iowa, 424. A *procedendo* in the usual form was issued commanding the District Court to proceed as if no judgment had been rendered. At the next term of the District Court, after the cause had been reversed in this court, the district

attorney moved that the judgment dismissing the case be set aside and that it be entered for trial. The grounds of this motion were the judgment of this court reversing the decision of the District Court and the *procedendo* issued thereon. The motion was overruled, and thereupon the State appealed from the order to that effect.

*Smith McPherson*, District Attorney, and *M. E. Cutts*, Attorney General, for the State.

No appearance for defendant.

BECK, J.—The statute provides that in criminal cases the State may appeal to this court. Code, § 4521. The effect of a decision of this court in such cases is prescribed in section 4539, in the following language: "If the appeal be taken by the State, the Supreme Court cannot reverse the judgment, or modify it so as to increase the punishment, but may affirm it, and shall point out any error in the proceedings, or in the measure of punishment, and its decision shall be obligatory on the District Court, as the correct exposition of the law." Under this provision the Supreme Court cannot interfere with the judgment of the District Court on an appeal of this character. The effect of the decision in this court is nothing more than an authoritative exposition of the law to be followed by the inferior courts. This provision applies to all appeals by the State, whether they be from judgments rendered upon trials on the merits, or judgments upon demurrers and motions. The decision in the District Court ends the proceedings so far as the case stands against the defendant, and it is only brought to this court as the foundation of an exposition of the law to be announced here.

1. CRIMINAL law: appeal: effect of reversal.

The fact that a *procedendo* issued in the usual form, requiring the District Court to proceed with the case as if no judgment had been entered, does not lead to a different conclusion. No such writ should have been issued. It cannot abrogate the plain provision of the statute and give the court below jurisdiction not conferred by law.

AFFIRMED.